DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LIUDMYLA Y. REIDY,**
Appellant,

v.

**DAVID STEPHEN REIDY,**
Appellee.

No. 4D16-3731

[October 12, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey and Alfred J. Horowitz, Judges; L.T. Case No. 14-6256 FMCE (38).

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for appellant.

Carla Lowry of Lowry at Law, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***